UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE M. JACOBSON, | Civil No. C05-5183-RBL |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings, including but not limited to the following: the administrative law judge (ALJ) will re-evaluate the opinion of Kathryn Rahn, M.D., and address Plaintiff's allegation that she was unable to afford treatment after December 2000 due to the loss of insurance. The ALJ will take any other actions necessary to develop the record, such as obtaining additional vocational expert testimony, if warranted, and issue a new decision. Plaintiff will be afforded the opportunity to submit additional evidence and argument.

Page 1     ORDER- [C05-5183-RBL]

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 26th day of July 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom_____
UNITED STATES MAGISTRATE JUDGE


Presented by:

s/ RICHARD A. MORRIS  WSB # 33780
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2156
FAX:  (206) 615-2531
Rick. Morris@ssa.gov

Page 2      ORDER- [C05-5183-RBL]